IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIXION INC., No. C 03-02909 SI

       Plaintiff, **JUDGMENT**

  v.

PLACEWARE INC.,

       Defendant.
_____/

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on February 11, 2005.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of Placeware Inc., and against Pixion, Inc..

**IT IS SO ORDERED**.

Dated: 2/16/05                                                                                            S/Susan Illston
                                                                                              SUSAN ILLSTON
                                                                                             United States District Judge